CLERK'S OFFICE
A TRUE COPY
Feb 20, 2026
s/ MMK
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means

☐ Original ☐ Duplicate

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Wisconsin

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>oral swab of DNA from Michael A. Johnson<br>(DOB XX/XX/2005) | )<br>)<br>)<br>)   Case No.   26-MJ-44<br>)<br>)<br>) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____Eastern_____ District of _____Wisconsin_____ *(identify the person or describe the property to be searched and give its location)*:

Please see Attachment A2.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Please see Attachment B2.

**YOU ARE COMMANDED** to execute this warrant on or before _____03/06/2026_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Honorable William E. Duffin_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:     02/20/2026 at 8:30 a.m.

_William E. Duffin_
*Judge's signature*

City and state:     Milwaukee, Wisconsin

Honorable William E. Duffin, U.S. Magistrate Judge
*Printed name and title*

| **Return** | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

| **Certification** |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

# ATTACHMENT A2

## *Person to be searched*

The person to be searched is **Michael A. Johnson (DOB 05/21/2005).**

<u>**ATTACHMENT B2**</u>

***Property to be seized***

The property to be seized is saliva containing epithelial cells by buccal swab.



CLERK'S OFFICE
A TRUE COPY
Feb 20, 2026
s/ MMK
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Wisconsin

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>oral swab of DNA from Michael A. Johnson<br>(DOB XX/XX/2005) | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.        26-MJ-44

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*
Please see Attachment A2.

located in the _____ Eastern _____ District of _____ Wisconsin _____ , there is now concealed *(identify the person or describe the property to be seized)*:
Please see Attachment B2.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

❒ contraband, fruits of crime, or other items illegally possessed;

❒ property designed for use, intended for use, or used in committing a crime;

❒ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2119 | Carjacking |
| 18 U.S.C. 924(c) | Use of a Firearm in the Furtherance of a Crime of Violence |

The application is based on these facts:
Please see Affidavit.

☑ Continued on the attached sheet.

❒ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

SEAN CARLSON  Digitally signed by SEAN CARLSON
Date: 2026.02.18 17:35:45 -06'00'

*Applicant's signature*

Special Agent Sean Carlson,  ATF

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
_____ telephone _____ *(specify reliable electronic means).*

Date:  02/20/2026

*Judge's signature*

City and state:  Milwaukee, WI

Honorable William E. Duffin, U.S. Magistrate Judge

*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A SEARCH WARRANT

I, Sean Carlson, being first duly sworn, hereby depose and state as follows:

## PROBABLE CAUSE

1.       I make this affidavit in support of applications under Rule 41 of the Federal Rules of Criminal Procedure for search warrants to collect an oral swab or swabs of deoxyribonucleic acid (DNA) from saliva containing epithelial cells from the following individuals, who are presently located in the Eastern District of Wisconsin:

   a. **A1.     Areon R. Davis (DOB: 11/11/2003), as further described in Attachment A-1; and**

   b. **A2.     Michael Anthony Johnson Jr (DOB: 05/21/2005), as further described in Attachment A-2;**

2.       I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been since November 2015.  As an ATF Special Agent, I have participated in numerous investigations regarding the unlawful possession of firearms by convicted felons.  I have also conducted investigations related to the unlawful use of firearms, firearms trafficking, drug trafficking, and arson. Prior to my employment with ATF, I was a patrol officer at the Hammond Police Department for approximately five (5) years.  My responsibilities included enforcement of Indiana State criminal code through investigations of street gangs, narcotics distribution, firearms violations, robbery, and home invasions.

3.       I have completed approximately 26 weeks of training at the Federal Law Enforcement Training Center in Glynco, Georgia, as well as the ATF National Academy.  That training included various legal courses related to constitutional law as well as search and seizure

authority.  Additionally, I have received training on how to conduct various tasks associated with criminal investigations, such as interviewing, surveillance, and evidence collection.

4.	In the course of my experience, I have and continue to be involved in investigations where DNA analysis provided evidence of crimes and of a particular person's participation in a crime, including the possession of firearms, ammunition, and firearms accessories.

5.	This affidavit is based upon my personal knowledge and upon information reported to me personally or via written reports by other federal, state, and local law enforcement officers during the course of their official duties, all of whom I believe to be truthful and reliable.

6.	Because this affidavit is submitted for the limited purpose of securing search warrants, I have not included each and every fact known to me concerning this investigation. I have set forth only facts that I believe are sufficient to establish probable cause.

### August 17, 2024 - Carjacking (Location 1)

7.	Affiant has reviewed Milwaukee Police Department (MPD) reports associated with MPD IR C2408170037 which were related to a carjacking investigation.  Those reports document how on August 17, 2024, MPD responded to an armed carjacking which occurred at 2609 N. Fratney Street, Milwaukee, Wisconsin (Location 1).  Those reports reflect that when officers arrived, they spoke with victim, M.P. who stated he/she was working as an Uber driver when he/she had been carjacked by two unknown black males.

8.	Those reports reflect that M.P. was interviewed by Detective Carloni, who reported that M.P. made the following statements: M.P. explained they had been an Uber driver for approximately six years and identified their vehicle as a 2020 Black, Dodge Durango SUV with Wisconsin license plate 700XRF (VIN: 1C4SDJCTXLC262104).  M.P. related they had accepted an Uber ride request at approximately 5:15 AM (CST) on August 17, 2024, with a pickup location

of 2630 N. Fratney Street in Milwaukee, Wisconsin. M.P. explained while traveling to pick up the Uber customer they were stopped at a redlight traveling East at the intersection of E. Center Street and N. Holton Street in Milwaukee, Wisconsin. At this intersection, M.P. explained they observed a black four door sedan with heavy window tints stopped at the same traffic light facing South. When M.P. received the green light to proceed East through the intersection, M.P. observed the aforementioned black sedan disregard the red traffic light, make a left turn to follow M.P. East on E. Center Street. M.P. stated they turned South on N. Fratney Street and pulled over in front of 2609 N. Fratney Street to pick up the Uber customer. At this time, M.P. explained the black sedan slowly drove by before turning West onto E. Clarke Street. M.P. recalled a "short time" later someone (Suspect 1) approached his/her vehicle after coming from the Northwest corner of N. Fratney Street and E. Clarke Street. M.P. stated Suspect 1 approached his/her vehicle with a silver handgun pointed at him/her. M.P. explained Suspect 1 knocked on the vehicle window with the handgun and demanded the victim exit the vehicle and give up the vehicle keys. M.P. explained he/she complied with the request and began walking North on N. Fratney Street away from his/her vehicle. M.P. recalled hearing Suspect 1 yell for Suspect 2 to get in the vehicle. M.P. stated they observed Suspect 2 come from the West alleyway on N. Fratney Street and enter the passenger seat of M.P.'s vehicle. Suspect 1 entered the driver's seat and the vehicle fled South on N. Fratney Street before turning and going West on E. Clarke Street.

9. Detective Carloni further reported that M.P. described Suspect 1 as a black male, approximately 20 years old, 5'7" to 5'8", thin build with a short afro and a dark complexion. M.P. stated Suspect 1 was wearing a black sweatshirt with the hood cinched around their face and was armed with a silver handgun.

10. M.P explained his/her black iPhone 12 with a black and red Air Jordan case was taken in addition to their State of Wisconsin ID and $60 in United States Currency. As of January 30, 2025, agents still believe this property to be outstanding and not yet recovered.

11. Detective Carloni reported that M.P. described Suspect 2 as a black male but could not provide any further detail.

12. Detective Bongel was assigned video-surveillance follow up and reported he recovered video surveillance footage from a nearby store, Riverwest Co-Op located at 733 E. Clarke Street. SA Rutter obtained a copy of these recordings and reviewed them which depicted the following: the victim's vehicle can be observed traveling South on N. Fratney Street before pulling alongside the West curb and facing South. Review of the surveillance cameras revealed the suspect's vehicle, a dark four door sedan passed the victim's vehicle traveling South on N. Fratney Street where it then turned West onto E. Clarke Street. The suspect vehicle could be seen stopping in front of 726 E. Clarke Street where two suspects (both passengers) exited the vehicle and began walking towards and then North on N. Fratney Street towards the victim's vehicle. The suspect vehicle can be further described as a black, four door sedan with window tints. The vehicle appeared to have dark wheels and a license plate affixed to the front and rear bumpers. Below is a picture of the suspect vehicle taken from the surveillance footage.



13. That video further shows both suspects to be wearing dark clothing. The two suspects can be seen on video approaching the victim's vehicle before committing the carjacking. Suspect 1 approached the driver's side of the vehicle and could be seen raising their arm towards the vehicle as they neared. It should be noted the victim previously related to Detective Carloni that Suspect 1 pointed a firearm at them while approaching. Suspect 2 approached the passenger side of the vehicle. After depriving the victim of their property, Suspect 2 could be seen fleeing on foot back to the suspect vehicle and Suspect 1 drove the victim's vehicle South on N. Fratney Street and then West on E. Clark Street where it passed the suspect vehicle. Both vehicles traveled West on E. Clarke Street to flee the area.

### August 17, 2024 – Fleeing/Eluding (Location 2 and 3)

14. Affiant further reviewed MPD reports associated with MPD IR C2408170036 which were related to a fleeing/eluding offense from that same date involving the victim's vehicle after the carjacking. Those reports reflect that MPD Squad 5340 was dispatched to assist with the aforementioned carjacking incident. Officer Roembke reported that while traveling to the site of

the carjacking with his partner Officer Gregory, they observed the black Dodge Durango headed West on W. Center Street at the intersection of N. 27th Street in Milwaukee. The driver of the Dodge Durango immediately started accelerating at a high rate of speed headed west from N. 27th Street (Location 2). MPD officers activated their emergency lights and siren to affect a traffic stop, but the driver refused to stop while accelerating to even higher speeds. The vehicle pursuit continued for 1.9 miles as the driver disregarded red traffic lights and stop signs. MPD lost sight of the Dodge Durango on N. Appleton Avenue and W. Center Street in Milwaukee, Wisconsin (Location 3). The vehicle's speed reportedly reached over 90 miles an hour and included driving on the wrong side of the road.

**August 18, 2024 – Vehicle Recovery**

15. On August 18, 2024, MPD responded to the area of 5722 N. 84th Street in Milwaukee, Wisconsin after receiving information that the Dodge Durango was pinging there. This information was documented in a report written by Officer Leidy under MPD IR C2408170037. The report stated upon arrival, Officer Leidy and Officer Rummel located the victim's vehicle parked directly across from 5722 N. 84th Street. The vehicle was observed to have a red dealership placard on the rear bumper and the white stripes on the hood had been removed. Officers conducted surveillance of the vehicle and observed an unknown black male subject wearing a black zip-up hooded sweatshirt and black jogging pants with a blue stripe down the exterior of both legs exit the south door of 8500 W. Fond du Lac Avenue. Officers observed the unknown black male approach the vehicle where the subject appeared to take a photo of the vehicle. The subject then re-entered into the building. Officers continued to monitor the vehicle but ultimately decided to approach and recover the vehicle. The vehicle was recovered and towed as evidence without incident

**Vehicle Processing**

16.     On August 19, 2024, Detective Barker responded to MPD's tow lot to process the recovered vehicle with Forensic Investigator Roeglin.  Detective Barker's report detailed several items of evidentiary value were recovered from the vehicle including, but not limited to, an iPhone with an unknown model, unknown serial number, contained on Milwaukee Police Department Inventory No. 24023778, Item 1 and a RAZ vape cartridge located on the rear passenger floor of the stolen Durango. The vape cartridge was placed on MPD inventory and assigned Inventory No. 24023778, Item 2

17.     Photographs of the recovered iPhone showed it to be blue and without a protective case.  It should be noted the victim previously described their personal device as a black iPhone housed within a red and black Air Jordan branded protective case.  Investigator Roeglin also obtained 7 DNA swabs (including swabs of the steering wheel and gear shifter) and 12 latent print lifts.  Those prints were compared to a database of known fingerprints and that analysis identified two such latent prints (from the driver's door window and the rear driver's side door) as that of Michael A. Johnson (DOB: 05/21/2005).

**Timing Advance Area Searches and Tower Dumps**

18.     On September 23, 2024, the Honorable Nancy Joseph, U.S. Magistrate Judge in the Eastern District of Wisconsin, signed a federal search warrant which authorized the cellular area searches and the collection of timing advance data in relation to the offenses listed above.  This warrant returned thousands of lines of cellular data and information which was then analyzed to isolate only those identifiers whose records were consistent with the facts of the investigation, including being in the geographic area of more than one location.  As a summary, the following locations were included in the warrant:

a. Location 1 – 2609 N. Fratney Street, Milwaukee, Wisconsin on August 17, 2024

b. Location 2 – Intersection of W. Center Street and N. 27th Street in Milwaukee on August 17, 2024

c. Location 3 – Intersection of W. Center Street and N. Appleton Avenue in Milwaukee on August 17, 2024

d. Location 4 – Intersection of North on N. 91st Street and W. Silver Spring Drive in Milwaukee on August 17, 2024

**Analysis of Timing Advance Area Search Data**

19.    The information was analyzed by the Federal Bureau of Investigation (FBI) Cellular Analysis Survey Team (CAST) who provided information to investigators and summarized the information below as the initial identification of 414-554-3146 and 414-368-7042.

20.    An initial review of the data responsive to the area search warrant identified that 414-554-3146 was the only device that matched 3 of the 4 location files.  Furthermore, there were approximately six (6) devices that matched 2 different location files.  Each of the data for those six (6) devices were reviewed further by looking into the detail of the records, including such parameters as those that had records consistent with the timing of the events in each location and identifying any device that also had records in the area of initial crime scene.  This additional analysis identified a device which was later revealed as 414-368-7042 after additional legal process.

**414-554-3146 and Kalen Ostrowski**

21.    FBI Special Agent Rienerth conducted the initial analysis of the Timing Advance records and identified a cellular device assigned telephone number 414-554-3146.  The Timing

Advance Records showed that device travelling in a manner consistent with the known movements of the dark sedan that dropped off the carjackers.

22. Special Agent Rutter reviewed MPD Officer Gregory's Squad Camera footage from the aforementioned fleeing/eluding pursuit. SA Rutter observed a black four door sedan consistent with the suspect vehicle immediately preceding the victim's vehicle traveling West on W. Center Street through N. 27th Street prior to the initiation on the pursuit. Your affiant is aware one of the carjacking suspects was a passenger inside of Kalen Ostrowski's Toyota Camry while the other suspect was driving the victim's vehicle.

23. Your affiant reviewed location data placing 414-554-3146 in the same general area around the same time. Your affiant believes this analysis shows the device's connections were consistent with surveillance camera and police squad camera recordings which documented the suspect vehicle and victim's vehicle's egressing West from the carjacking scene.

24. A search of public record aggregating databases commonly utilized by law enforcement revealed 414-554-3146 to be associated with Kalen C. Ostrowski (DOB: XX/XX/2005) as recently as May 2024.

25. Affiant reviewed records maintained by Wisconsin Department of Transportation which showed that Kalen Ostrowski is the registered owner of a black 2020 Toyota Camry "Night Shade" edition 4-door sedan. The vehicle is registered with Wisconsin license plate AUA2206 and VIN: 4T1G11AKXLU335910.

26. On February 24, 2025, ATF executed a federal search warrant at 3260 W. Allerton Avenue in Greenfield, Wisconsin. The Honorable Nancy Joseph, U.S. Magistrate Judge in the Eastern District of Wisconsin, authorized this search warrant on February 13, 2024. The warrant included Kalen Ostrowski's person, the residence located at 3260 W. Allerton Avenue and a

Toyota Camry sedan bearing Wisconsin license plate AUA 2206. Your affiant knows the following subjects to be associated with 3260 W. Allerton Avenue based on review of utility information, vehicle registration, common database information and surveillance: Kalen Ostrowski, Stacey Barwick and Kathleen Rich.

27.     SA Rutter and SA Carlson located Kalen Ostrowski at the Milwaukee County Safety Building at 821 W. State Street in Milwaukee, Wisconsin.  Kalen Ostrowski was present in Courtroom 316 for a status conference related to his open State of Wisconsin felony 1st Degree RES case charged under 2024CF004905.  After the hearing, Kalen Ostrowski was escorted to a side room by Milwaukee County Sheriff's Deputies where agents were waiting.  Kalen Ostrowski was informed of the search warrant and submitted to the search of his person without incident. Recovered from his person was an Apple iPhone in a black case.

### Identification of Areon Davis and 414-940-0135

28.     On February 24, 2024, SA Carlson reviewed the Apple iPhone in a black case recovered from Ostrowski's person.  SA Carlson specifically reviewed photographs located on the phone and SA Carlson located the following photograph depicting Ostrowski and two black males sitting on his aforementioned Toyota Camry in the area of "Old North Milwaukee" on August 17, 2024 at 1:22 AM.  Your affiant is aware that the carjacking took place only a few hours after this photograph was taken.



29. On that same date, SA Carlson sent the above photograph to the Mid-States Organized Crime Information Center (MOCIC) who conducted a facial recognition search. SA Carlson was notified by Criminal Information Specialist Dan Wellen, that the black male depicted above, in the middle position, wearing a tan colored t-shirt was possibly identified as Areon Davis (b/m, DOB 11/15/2003). SA Carlson then deconflicted Davis with MPD and learned Areon Davis has been in custody since December 10, 2024, stemming from a 1st Degree Intentional Homicide charge (MPD IR no. C241107194).

30. After learning of the possible facial recognition hit involving DAVIS, your affiant reviewed several Milwaukee County booking photographs for DAVIS. After reviewing the booking photographs, your affiant believes the person in the booking photographs is consistent in appearance and features with the person seated between OSTROWSKI and the other unidentified-person in the above-described photograph taken on August 17, 2024.

31. MPD reports reflect that officers subsequently obtained subscriber information and location data, detailing the devices movements around the time of the homicide, for the Life360 account for phone number **(414) 940-0135**, and received the following account identifiers:

e. User ID: 2b1a3d8f-3073-4383-ad54-3a88a47eeafd

f. Name: Paid Ape

g. Email: Areondavis10@gmail.com

h. Phone Number: **414-940-0135**

i. Created: 03/17/2023

32. On February 25, 2025, SA Rienerth reviewed timing advanced data obtained via federal search warrant related to the August 17, 2024 carjacking. SA Rienerth stated the data showed that a device using phone number **414-940-0135** was present in the records and the device had records consistent with being present in the area of the carjacking around the time in which the carjacking occurred. More specifically, **414-940-0135** had distance from tower measurements consistent with the area of the carjacking around 5:26 AM and 5:27 AM. These location records were also consistent with the location records for the aforementioned Toyota Camry belonging to Ostrowski, and **414-554-3146 (Ostrowski)** around that time, which is just prior to when the vehicle left the area and was observed traveling West on West Center Street.

33. Additionally, SA Rienerth observed that the **414-940-0135** number had telephonic communications with both **414-554-3146 (Ostrowski)** and **262-270-9882 (Michael Johnson)** over multiple months, including in the evening hours on August 17, 2024.

a. It should be noted, agents have previously identified phone number **262-270-9882** as being associated with Michael Johnson, because Johnson lists this phone number with Wisconsin Probation and Parole.

b. It should be noted, Johnson's fingerprint was located on the stolen Durango by MPD during their processing of the vehicle following it's recovery.

34. On March 07, 2025, your affiant queried a law enforcement database which aggregates public information for 414-940-0135. The database has this number associated with DAVIS, in public records, from February 2024 through January 2025. The database also associates DAVIS with the address 9131 W. Congress Street, apt. 4, Milwaukee, WI.

35. On August 13, 2025 a federal grand jury issued a two-count indictment against Ostrowski, Davis, and Terrion Withers in Case No. 25-CR-151. The Grand Jury charged Davis with Carjacking and Use of a Firearm in Furtherance of a Crime of Violence violation of Title 18 U.S.C. Sections 2119 and 924(c). Johnson was not indicted as case agents developed information that he was not part of the robbery, but rather, drove the vehicle after it was already stolen.

**CODIS DNA LEADS FOR AREON DAVIS AND MICHAEL JOHNSON**

36. On June 3, 2025, DNA Analyst Olga Leider authored a Confidential Report of Laboratory Findings related to the DNA analysis of swabs taken from the stolen Durango and the recovered vape cartridge. Analyst Leider identified DNA mixtures on the swabs from the steering wheel (B1), swabs from the shifter (C1), and swabs from the vape cartridge (D1). The results related to the steering wheel and the vape cartridge were entered into the DNA Databank (the Combined DNA Index System, commonly referred to as CODIS) to be compared against known DNA profiles.

37. On February 18, 2026, your Affiant became aware that on June 20, 2025, the MPD Forensics Division received a "DNA Databank Notification: Investigative Lead Report" related to the swabs from the steering wheel and a separate "DNA Databank Notification: Investigative Lead

Report" related to the swabs taken from the vape cartridge. The following is a summation of those reports. The matches were derived from routine searches performed at the state level of CODIS, and these searches revealed an association between the following evidentiary profiles recovered in the aforementioned stolen Dodge Durango and Wisconsin Arrestees in the Arrestee Index.

a. The first report outlines a DNA hit from swabs taken from the mouth of a vape pen recovered by MPD during their processing of the aforementioned stolen Dodge Durango. The lead report shows a sample link at moderate stringency to the DNA profile of Areon DAVIS (DOB 11/11/2003). The vape pen in question was located inside the rear passenger area of the vehicle.

b. The second report outlines a DNA hit from swabs from the steering wheel recovered by MPD, during their processing of the aforementioned stolen Dodge Durango. The lead report shows a sample link at high stringency to the DNA profile of Michael JOHNSON (DOB 05/21/2005).

38. Both lead reports note: "ACTION REQUIRED: Submit a standard from the listed individual for statistical analysis/conclusions."

39. Affiant knows that Areon Davis is now serving a prison sentence due to a previous conviction in Milwaukee County Circuit Court and is now incarcerated in Dodge Correctional Institution, located at 1 West Lincoln Street, Waupun, Wisconsin 53963. Affiant also knows that Michael Johnson is currently incarcerated at the Milwaukee Secure Detention Facility located at 1015 N 10th Street, Milwaukee, Wisconsin 53233.

40. Based on my training and experience, I know that a sample of saliva containing epithelial cells may be found in and on a person. Swabbing the inside of a subject's mouth or cheek

with a sterile cotton swab and preserving the saliva and cells obtained as a result is a reliable method for collecting a DNA sample. This process is called taking a "buccal swab" or "buccal smear." A law enforcement officer trained in how to collect a DNA sample and prevent contamination of the resulting evidence will conduct these searches using sterile swabbing kits for use in collection and preservation.

41. The ATF will request the assistance of the Wisconsin Department of Justice's State Crime Laboratory (or another laboratory designated by the ATF) in processing, analyzing, and scientifically testing the saliva samples to obtain a known DNA profile or profiles and to compare those known DNA profiles with the DNA profiles obtained from the evidence recovered during this investigation.

42. I have reason to believe that saliva samples containing epithelial cells taken from Areon Davis and Michael Johnson, together with test results comparing the DNA profiles extracted from such samples with any and all human DNA profiles extracted from items recovered from the stolen Dodge Durango (and swabs of the Durango's steering wheel and/or shifter) will constitute material evidence. While case agents do not believe that Johnson was present for the robbery, they do believe that Johnson's DNA profile will assist the Wisconsin State Crime Laboratory personnel in producing a more complete DNA analysis of the DNA mixture profiles developed from the swabs of the Durango.

### **CONCLUSION**

43. Based on the foregoing, I submit that by taking an oral swab of the inside of the inner mouth cheeks of Areon Davis and Michael Johnson, there may now be found evidence of the violations of Title 18 U.S.C. Sections 2119 and 924(c), Carjacking and Use of a Firearm in Furtherance of a Violent Crime, including: DNA matching that of the DNA sample(s) recovered

from the Dodge Durango SUV stolen on August 17, 2024.

44.     Therefore, I request that this Court issue search warrants to obtain samples of Davis's DNA from saliva containing epithelial cells and Johnson's DNA from saliva containing epithelial cells for subsequent testing and examination.

## ATTACHMENT A2

### *Person to be searched*

The person to be searched is **Michael A. Johnson (DOB 05/21/2005).**

## ATTACHMENT B2

### *Property to be seized*

The property to be seized is saliva containing epithelial cells by buccal swab.